FCB PROPERTIES, INC. *v.* MORRIS SEIGEL
REALTY, INC., ET AL.
(14080)

DUPONT, C. J., and FOTI and SPEAR, Js.
Argued May 30—decision released July 4, 1995

*Leonard A. Fasano,* with whom, on the brief, was *Beverly K. Streit,* for the appellant (named defendant).

*Richard B. Cramer,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.